UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCAN HEALTH SYSTEM, a Washington corporation, <br><br> Defendant. | NO. C09-1249-MAT <br><br> NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

COME NOW Plaintiffs, by and through their attorneys, and hereby give notice of voluntary dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this _6th_ day of _November_, 2009.

REID, PEDERSEN, McCARTHY & BALLEW, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE – C09-1249-MAT
Page 1 of 1
G:\01-01999\541\St. Joseph's Hospital 82000\Dismissal.doc